IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ISMAEL LUIS ORTIZ,

    Plaintiff,

v.                                                        4:20cv7–WS/HTC

WARDEN D.S. COLLINS,
ASSISTANT WARDEN S. BEARDEN,
ASSISTANT WARDEN J. COX,
SERGEANT STALNAKER, OFFICER
WEATHERSPOON,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 16) docketed September 25, 2020. The magistrate judge recommends that the plaintiff's claims be dismissed for failure to state a claim upon which relief may be granted. The plaintiff has filed objections (ECF No. 17) to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 16) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's amended complaint and this action are DISMISSED under 28 U.S.C. § 1915A(b)(1) and 1915 (e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. The clerk shall enter judgment stating: "All claims against Warden D.S. Collins, Assistant Warden S. Bearden, Assistant Warden J. Cox, Sergeant Stalnaker, and Officer Weatherspoon, are DISMISSED without prejudice."

DONE AND ORDERED this ___12th___ day of ___November___, 2020.

                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE